**RECEIVED**
DEC 0 4 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

FORM A

FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

Tanner W Bruegge

(Enter above the **FULL** name and inmate number of the plaintiff or plaintiffs in this action)

vs.

State of Iowa

**COMPLAINT**

(Enter above the **FULL** name of each defendant in this action)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for EACH plaintiff by name, using a separate sheet of paper.)

I. Previous Lawsuits:

A. Have you begun other lawsuits in State or Federal Court dealing with the <u>same</u> <u>facts</u> involved in this action or otherwise relating to your imprisonment?
Yes ( )   No (✓)

B. If your answer to **A** is Yes, please answer questions 1 thru 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs None

Defendants None

2. Court (if Federal Court, name the district; if State Court, name the county)

None

3. Docket Number None

4. Name of Judge to whom the case was assigned None

5. Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?) None

6. Approximate date of filing lawsuit None

7. Approximate date of disposition None

II. Place of present confinement North Central Correctional Facility

A. Is there a prisoner grievance system in this institution?
Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (✓)   No ( )

C. If your answer is **Yes,**
1. What steps did you take? - Informal resolution, Paper grievance, made call to ombudsman.

2. What was the result? They said they were sorry.

D. If your answer is **No,** explain why not N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes (✓)   No ( )
1. What steps did you take? I spoke to captain Hammer and Anderson

2. What was the result? They said they were sorry.

III. Parties
(In item **A** below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiff(s), if any.)

Page 2 of 4

A. Name of Plaintiff Tanner w Bruegge
   Address 313 lanedale Rockwell city IA 50579
B. Additional plaintiffs None

(In item **C** below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item **D** for the names, positions, and places of employment of any additional defendants.)

C. Defendant State of Iowa
   is employed as Prison
   at North central correctional Facility
D. Additional defendants None,

IV. Jurisdiction
   This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343. Plaintiff(s) allege(s) the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

V. **Statement of claim**
   (State here as briefly as possible the **FACTS** of your case. You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading **PART V CONTINUED** at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

On 10-21-23 I was APProched by leroy Johnson while Playing cards He was being Hostile and was wanting me to go
See Attached PaPer

## PART V CONTINUED

Outside to fight him. I told him no and he left Angry I then went up to the front desk to speak to officer Riese I told him that I was being threatened and that Leroy Johnson was trying to fight me and that I felt like I was In danger. The C.O on duty and a few others took leroy Johnson to Health Services were they found out He hadn't been taking his psyc meds then they took him to the security office. They then released leroy Johnson and he came back to Are unit walked into Are cell and Attacked me were I recieved Injurys that I had to go to The Emergency Room to get myself looked At I had to have my ear glued back together. North central correctional facility faild to keep me safe After I brought the issue up to them. At about 830pm on 10-21-23 I went to Fort Dodge E.R. for my Injury's I am Permanantly deformed and now have sever lower Back Pain.

VI. (State briefly <u>exactly what you want the Court to do for you</u>. Make no legal arguments. **Do not cite cases or statutes.**)

I Am asking the courts to help me get financial compensation for the physical, emotional and psychological trama I recieved during the incident.

VII. Statement Regarding Assistance in Preparing this Complaint
   A. Did any person other than a named plaintiff in this action assist you in preparing this complaint?  Yes ( )   No (X)
   B. If your answer is **Yes** name the person who assisted you. N/A
   C. Signature of person who helped prepare complaint.

   (Signature) N/A _____ (Date) N/A

VIII. **Signature(s) of Plaintiff(s)**

   Signed the 28 day of November, 20 23.
   (Signature of Plaintiff) [signature]
   Signatures of additional plaintiffs, if any:
   None

